IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRES GINEZ,

          Plaintiff,

v.

DURABLA MANUFACTURING CO., NIBCO, INC, and UNION CARBIDE CORPORATION,

          Defendants.

No. C 07-1701 SBA

**ORDER**

On March 28, 2007, plaintiff Andres Ginez filed an ex parte motion for an order shortening time to hear plaintiff's motion to remand this case to the Superior Court of the State of California, County of San Francisco, from the noticed date of May 8, 2007, to April 20, 2007 [Docket No. 6]. On April 3, 2007, defendant Union Carbide Corporation filed an opposition to the ex parte motion [Docket No. 21]. On April 5, 2007 Union Carbide Corporation withdrew its opposition [Docket No. 25], and therefore the ex parte motion is currently unopposed. The court is unable to accommodate plaintiff's requested date of April 20, 2007. The earliest date the Court may hear plaintiff's motion to remand is May 1, 2007.

IT IS HEREBY ORDERED THAT any party wishing to oppose plaintiff's ex parte motion for an order shortening time from the noticed date of May 8, 2007, to May 1, 2007 shall file any such opposition by **the end of the business day, Wednesday, April 11, 2007**.

IT IS FURTHER ORDERED THAT plaintiff shall file any reply brief by **the end of the business day, Friday, April 13, 2007**.

1 | IT IS SO ORDERED.

4 | Dated: 4/9/07

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge